THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH NICOLIA, Appellant.

Argued December 5, 1941; decided January 23, 1942.

*David A. White* for appellant. Admission of testimony as to fire insurance on buildings not owned by defendant was error requiring reversal. (*People* v. *Goldberg*, 146 App. Div. 335; *People* v. *Blatt*, 136 App. Div. 717; *People* v. *Bonier*, 179 N. Y. 315.)

*John S. Marsh, District Attorney*, for respondent.

*Per Curiam.* It was error to admit evidence of insurance policies owned by the defendant's uncle covering both the house which was the subject of the fire and an adjoining house and the furniture therein, when there was no claim that there was any complicity on the uncle's part in the crime charged against the defendant.

The judgments should be reversed and a new trial ordered.

LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ., concur.

Judgments reversed, etc.